FILED

SEP 24 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY | § § § | |
| v. | § | CIVIL ACTION NO. 12-438-LY |
| | § | |
| AUSTIN TITAN FIRE PROTECTION, INC.,<br>AUSTIN TITAN CONSTRUCTION, INC.;<br>JOHNATHON M. COUCH; STEPHANIE J.<br>COUCH; MARTIN W. BABB; and<br>LACEY M. BABB | § § § § § | |

## FINAL JUDGMENT

ON THIS DATE the Court considered the above-styled matter. After a review of the pleadings on file, it is decided that Plaintiff, Philadelphia Indemnity Insurance Company, shall recover from and against Defendants, Austin Titan Fire Protection, Inc., Austin Titan Construction, Inc., Johnathon M. Couch, Stephanie J. Couch, Martin W. Babb, and Lacey M. Babb, jointly and severally as follows:

a)    Actual damages:    $267,656.00;

b)    Interest at the rate of five percent (5%) per annum from May 17, 2012, to the date of this Judgment;

c)    Post-judgment interest at the rate of five percent (5%) per annum from this date until the Judgment is fully paid; and

d)    Costs of Court.

This is a Final Judgment

SIGNED ████████ this 24th day of September, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE