IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § | |
| v. | § § | CIVIL ACTION NO. 12-438-LY |
| AUSTIN TITAN FIRE PROTECTION, INC., AUSTIN TITAN CONSTRUCTION, INC.; JOHNATHON M. COUCH; STEPHANIE J. COUCH; MARTIN W. BABB; and LACEY M. BABB | § § § § § § | |

## ABSTRACT OF JUDGMENT

I, WILLIAM G. PUTNICKI, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, Austin Division, in civil cause of action number 12-438-LY, styled *Philadelphia Indemnity Insurance Company v. Austin Titan Fire Protection, Inc., Austin Titan Construction, Inc., Johnathon M. Couch, Stephanie J. Couch, Martin W. Babb, and Lacey M. Babb*, the said Plaintiff recovered judgment against the following Defendants, jointly and severally:

1. Austin Titan Fire Protection, Inc.
   131 West Austin Avenue, Suite 200
   Hutto, Texas 79634

2. Austin Titan Construction, Inc.
   131 West Austin Avenue, Suite 200
   Hutto, Texas 79634

3. Johnathon M. Couch

   Taylor, Texas 76574
   DOB: _ _ _ _    ,

4. Stephanie J. Couch

   Taylor, Texas 76574
   DOB:

5. Martin W. Babb

   Hutto, Texas 79634
   DOB:

6. Lacey M. Babb

   Hutto, Texas 79634
   DOB:

THAT the judgment was rendered by this Court on the 24th day of September, 2012, in the amount of $267,656.00 with interest accruing thereon at the rate of five percent (5%) per annum, commencing from the 17th day of May, 2012, to the date of the Judgment, plus post-judgment interest at the rate of five percent (5%) per annum from the 24th day of September, 2012 until the Judgment is fully paid, plus costs of court.

THAT said judgment is entitled to the following credits: none.

WITNESS my official signature and seal of this Court, in the city of Austin, State of Texas, this 6th day of November, 2012.

William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas

By: _____