IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

JUN - 9 2014

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY Plaintiff, | § § § § | |
| V. | § § | CIVIL ACTION NO. 12-438-LY |
| AUSTIN TITAN FIRE PROTECTION, INC., AUSTIN TITAN CONSTRUCTION, INC., JOHNATHON M. COUCH; STEPHANIE J. COUCH; MARTIN W. BABB; and LACEY B. BABB Defendants. | § § § § § § § § § § § | |

## ADVICE OF BANKRUPTCY

COME NOW, JOHNATHON MATTHEW COUCH and STEPHANIE JEAN COUCH, through the undersigned attorney, and show the Court the following:

1.     Said persons filed a petition for relief on May 9, 2014, under Title 11, United States Code, in the United States Bankruptcy Court for the Western District of Texas, which bears the case number 14-10738-tmd-7.

2.     This case is pending.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, said persons suggest that this action has been stayed by the operation of 11 U.S.C. § 362.

Lee Norton Bain
120 West 8th Street
Georgetown, Texas 78626
Phone: (512) 863-2813
Fax: (512) 869-5090
State Bar Number 01548500
leebain@leebainlaw.com
Attorney for the Couchs in the
Bankruptcy Case only

## Certificate of Service

As evidenced by my signature above, I certify that a copy of the foregoing Advice of Bankruptcy was delivered by first class to LANGLEY WEINSTEIN LLP, 901 Main Street, Suite 600, Dallas, Texas 75202, on this _6_ day of June, 2014.

**ADVICE OF BANKRUPTCY – COUCH; NO. 12-438-LY**          **Page 2 of 2**